IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:08cv932-TMH |
| | ) | |
| BARBOUR COUNTY SHERIFF'S DEPARTMENT, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On December 15, 2008, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1.  The plaintiff's 42 U.S.C. § 1983 claims against the Barbour County Sheriff's Department, The Eufaula Tribune, Tiffany Woo and Eddie Ingram are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(I).

2.  This case is DISMISSED prior to service of process.

Done this the 12th day of January, 2009.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE